### In re TANENHAUS.

(Circuit Court of Appeals, Second Circuit. February 17, 1914.)

#### No. 75.

BANKRUPTCY (§ 444*)—PETITION TO REVIEW—TIME FOR SERVING AND FILING.
  Where a petition to review an order in bankruptcy was not served and filed within 10 days after the order was entered, as expressly required by rule 38 of the Second circuit, though served and filed 11 days after such entry, the petition will be dismissed.
  [Ed. Note.—For other cases, see Bankruptcy, Cent. Dig., §§ 920–927; Dec. Dig. § 444.*
  Appeal and review in bankruptcy cases, see note to In re Eggert, 43 C. C. A. 9.]

Petition to Revise Order of the District Court of the United States for the Southern District of New York.

In the matter of Michel Tanenhaus, bankrupt. On petition by Frank J. Waldeyer as trustee, to review an order relative to the disbursement of a certain fund. Petition dismissed.

---

Archibald Palmer, of New York City, for appellant.
Harry N. Selvage, of New York City, for creditor.

Before LACOMBE, WARD, and ROGERS, Circuit Judges.

ROGERS, Circuit Judge. This petition by a trustee in bankruptcy cannot be entertained. It asks this court to review and reverse an order entered in the District Court directing him to disburse a certain fund which he had received, and ordering that one Herman S. Hoffman have a valid claim against said fund in the sum of $560, and directing him further to pay the said Hoffman the sum of $129.60 for certain expenses he had incurred.

It appears that the order we are asked to review was filed on April 25, 1913, and the petition to review was not served or filed until May 6, 1913, 11 days after the entry of the order. Rule 38 requires such a petition to be filed within 10 days. We, therefore, have no alternative but to dismiss the petition.

The petition, accordingly, is dismissed.